**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
**File Name: 07a0095n.06**
**Filed: February 6, 2007**

**No. 06-3648**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| MICHELE R. MOFFA, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| COMMISSIONER OF SOCIAL SECURITY, | ) | SOUTHERN DISTRICT OF OHIO |
| | ) | |
| Defendant-Appellee. | ) | |
| | ) | |
| | ) | |
| | ) | |

Before: SUHRHEINRICH, GIBBONS and COOK, Circuit Judges.

PER CURIAM. Appellant appeals the district court's order granting summary judgment to the Commissioner of Social Security ("Commissioner") and affirming the Commissioner's decision to deny disability benefits to the Appellant. After reviewing the record, the parties' briefs, the applicable law, and having had the benefit of oral argument, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.